

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| BARBARA ANN DOMINEY, | | No. 08-21-00187-CV |
| INDIVIDUALLY, AND AS TRUSTEE | § | |
| OF THE DOMINEY EXEMPT BYPASS | | Appeal from the |
| TRUST, THE DOMINEY NON-EXEMPT | § | |
| BYPASS TRUST, THE DOMINEY 2012 | | 278th District Court |
| IRREVOCABLE TRUST F/B/O ELENA | § | |
| MARQUARITA DOMINEY | | of Walker County, Texas |
| LANGSTON, TERESA EDDINGER, | § | |
| AND ALLISON ALLEN, CO- | | (TC# 2130121) |
| TRUSTEES OF THE DOMINEY | § | |
| INSURANCE TRUST OF 1993, AND | | |
| ESTATE OF SAMUEL DOMINEY JR., | § | |
| | | |
| Appellant, | § | |
| | | |
| v. | § | |
| | | |
| ELENA MARQUARITA DOMINEY | § | |
| LANGSTON, FLORENCE OLIVIA | | |
| DOMINEY CAMPBELL, AND | § | |
| MATTHEW DAVID DOMINEY, | | |
| BENEFICIARIES OF THE DOMINEY | § | |
| 2012 IRREVOCABLE TRUST, THE | | |
| DOMINEY EXEMPT BYPASS TRUST, | § | |
| THE DOMINEY NON-EXEMPT | | |
| BYPASS TRUST, AND THE DOMINEY | § | |
| INSURANCE TRUSTS OF 1993, | | |
| | § | |
| Appellee. | | |
| | § | |

# **O R D E R**

The parties have filed a second joint motion to abate this appeal. The Court finds good

cause to grant this abatement. Therefore, we ORDER this appeal to be abated until November

22, 2022.  The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the Appellant's brief will be due 20 days from the date of the reinstatement order.  NO FURTHER MOTIONS TO ABATE THE APPEAL WILL BE GRANTED BY THIS COURT.

IT IS SO ORDERED this 1st day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.